# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Daniel R. Atkinson, Jr.
Perry, Atkinson, Balhoff
P. O. Box 83260
Baton Rouge LA 70884-3260

**REHEARING ACTION: October 2, 2013**

**Docket Number: 12   01421-CA**

**MICHAEL P. TYLER, ET AL.**
**VERSUS**
**JOSEPH DEJEAN, ET AL.**

**Appealed from St. Landry Parish Case No. 093884**

<u>**BEFORE JUDGES**</u>:

    Hon. Sylvia R. Cooks
    Hon. Elizabeth A. Pickett
    Hon. Billy Howard Ezell
    Hon. J. David Painter
    Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Peerless Insurance Company and America First Insurance**

**Company** has this day been

    **DENIED.**

cc: David Thomas Butler, Jr., Counsel for the Appellee
    Thomas Richard Edwards, Counsel for the Appellee
    Joshua Jocias Pitre, Counsel for the Appellee